NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re CLANTECH, INC., MODERN FONT APPLICATIONS LLC,**
*Appellants*

---

2024-1897

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/014,843.

---

**ON MOTION**

---

Before TARANTO, STOLL, and STARK, *Circuit Judges.*

STARK, *Circuit Judge.*

### O R D E R

Having considered the parties' joint motion, the court deems it appropriate to vacate the underlying decision and remand for additional proceedings consistent with *Allergan USA, Inc. v. MSN Laboratories Private Ltd.*, 111 F.4th 1358 (Fed. Cir. 2024).

Accordingly,

IT IS ORDERED THAT:

The motion is granted to the extent that the Board's November 17, 2023 and April 30, 2024 decisions are

2                                              IN RE CLANTECH, INC.


vacated, and the case is remanded for further proceedings consistent with *Allergan*.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 28, 2025
Date